Tam Medical Supply Corp., as Assignee of ISHAMEL MEYERS, Appellant,
against
New York Central Mutual Fire Insurance Company, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Richard G. Latin, J.), entered July 26, 2013. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is reversed, with $30 costs, and defendant's motion for summary judgment dismissing the complaint is denied.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the complaint. By order entered July 26, 2013, the Civil Court granted defendant's motion for summary judgment dismissing the complaint on the ground that the action was premature because plaintiff had failed to provide requested verification.
For the reasons stated in Renelique, as Assignee of Allen Haynes v Travelers Ins. Co. (___ Misc 3d ___, 2016 NY Slip Op ______ [appeal No. 2013-1747 Q C], decided herewith), the order is reversed and defendant's motion for summary judgment is denied.
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: June 06, 2016